Kenneth L. STUCKENSCHNEIDER and Rose Stuckenschneider and Jack Stuckenschneider, Plaintiffs–Appellants,

v.

AETNA CASUALTY & SURETY COMPANY and John L. Tompkins Insurance Agency, Defendants–Respondents.

No. WD 40980.

Missouri Court of Appeals, Western District.

March 28, 1989.

T.K. Thompson, Deborah Dinsmore, Liberty, for plaintiffs-appellants.

James H. Ensz, Ensz & Jester, Kansas City, for Aetna Cas. & Sur. Co.

Kevin J. Driscoll, Shook, Hardy & Bacon, Kansas City, for John L. Tompkins Ins. Agency.

Before MANFORD, P.J., and TURNAGE and LOWENSTEIN, JJ.

PER CURIAM.

ORDER

Appeal from entry of summary judgment.

Judgment affirmed. Rule 84.16(b).